1  Roy A. Katriel (SBN 265463)
   THE KATRIEL LAW FIRM
2  12707 High Bluff Drive, Suite 200
   San Diego, California 92130
3  Telephone: (858) 350-4342
   Facsimile: (858) 430-3719
4  e-mail: rak@katriellaw.com

5  *Counsel for Plaintiff Debra Hilton*

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBRA HILTON, On Behalf of Herself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>APPLE INC.<br><br>                Defendant. | CASE NO. 3:13-cv-2167-EMC<br><br>**STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE AND BRIEFING DEADLINES** ; ORDER<br><br>Judge:  Hon. Edward M. Chen |

STIPULATION TO EXTEND CASE
MANAGEMENT CONFERENCE AND                      *Debra Hilton v. Apple Inc.*,
BRIEFING DEADLINES                             CASE NO. 3:13-cv-2167-EMC

Pursuant to the Civil Local Rules 6-1 and 7-12, the parties to the above-entitled action, by and through their undersigned counsel, hereby submit this Stipulation to Extend the Case Management Conference and Briefing Deadlines in order to postpone, subject to Court approval, until September 19, 2013 the Case Management Conference ("CMC") currently scheduled for August 8, 2013, and to modify the briefing deadlines applicable to (1) Defendant Apple Inc.'s ("Apple") pending Motion to Dismiss Or, In The Alternative, Stay Proceedings In Favor Of First-Filed Action and (2) Apple's currently pending Motion To Dismiss And/Or To Strike Complaint, both of which are noticed for a hearing on September 19, 2013 at 1:30 pm. As set forth in this Stipulation and the accompanying Declaration of Roy A. Katriel ["Katriel Decl"], the reason for this stipulated request is that counsel for Plaintiff Debra Hilton ("Plaintiff" or "Hilton") has longstanding prior plans to be out of the country during the first three weeks of August 2013, and counsel for Apple also has prior plans to be out of the office during the last week of July 2013. In addition, postponing the CMC to September 19, 2013 would make the CMC date coincide with the date scheduled for the hearings on Apple's pending motions, thereby enhancing judicial efficiency and conserving the parties' resources.

Other than the actual CMC and its corresponding meet-and-confer and CM statement filing deadlines, granting this Stipulation would not affect any other deadlines in the case, and Plaintiff has not previously requested any other extension or schedule change in this action.

WHEREAS, Plaintiff filed a Class Action Complaint in the above-entitled action on May 10, 2013 against Defendant Apple Inc., asserting claims under the Racketeering Influenced and Corrupt Organizations Act, as well as under California's Unfair Competition Law;

WHEREAS, upon the filing of the Class Action Complaint, the Court scheduled a CMC for August 8, 2013 at 9:00 am [Dkt. No. 3];

WHEREAS, on July 8, 2013, following the Court's grant of an unopposed motion for extension of time for Apple to respond to the Class Action Complaint, Apple timely filed a Motion To Dismiss Or, In The Alternative, Stay Proceedings In Favor Of First-Filed Action [Dkt. No. 7],

1

as well as a Motion To Dismiss And/Or Strike Complaint [Dkt. No. 6], both of which have been noticed for September 19, 2013 at 1:30 pm;

WHEREAS, counsel for Plaintiff has longstanding plans to be out of the country from July 30, 2013 until August 21, 2013, and counsel for Defendant likewise plans to be out of town during the last week of July 2013;

WHEREAS, counsel for the parties have met and conferred and have agreed, subject to Court approval, to postpone the CMC and briefing deadlines, so as not to conflict with each other's unavailability, and so as to enhance efficiency by resolving as many pending matters in a single hearing date;

The parties, hereby, STIPULATE and agree, subject to Court approval, to the following:

1. The CMC currently scheduled for August 8, 2013 at 9:00 am shall be and is hereby rescheduled to September 19, 2013 at 1:30 pm. Pursuant to the Court's prior ADR Scheduling Order [Dkt No. 3], all other meet-and-confer and CMC Report filing deadlines associated with the CMC shall be and are correspondingly rescheduled to account for the new CMC date of September 19, 2013;

2. Plaintiff's response(s) to Apple's pending Motion To Dismiss Or, In The Alternative, Stay Proceedings In Favor Of First-Filed Action, as well as to the Motion To Dismiss And/Or Strike Complaint shall be filed no later than July 29, 2013, and any replies by Apple in support of the pending motions shall be filed no later than August 15, 2013.

Respectfully submitted

DATED: July 15, 2013          By:    /s/ Roy A. Katriel
                                     _____
                                     Roy A. Katriel

Roy A. Katriel (SBN 265463)
THE KATRIEL LAW FIRM
12707 High Bluff Drive, Suite 200
San Diego, California 92130
Telephone: (858) 350-4342
Facsimile:  (858) 430-3719
e-mail: rak@katriellaw.com

*Counsel for Plaintiff Debra Hilton*

DATED: July 15, 2013          By:    ____/s/ Matthew D. Powers____
                                     Matthew D. Powers

Matthew D. Powers (SBN 212682)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile:  (415) 984-8701
e-mail: mpowers@omm.com

*Counsel for Defendant Apple Inc.*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Roy A. Katriel hereby attests that concurrence in the filing of this document has been obtained.*

**IT IS SO ORDERED.**

Dated: ___7/16_____, 2013

                                     _____
                                     . Chen,
                                     strict Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]

3