LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-7674 GAF (AJWx) | Date | December 5, 2013 |
|---|---|---|---|
| Title | Debra Hilton v. Apple, Inc. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**     **(In Chambers)**

### ORDER RE: MOTIONS

The Court has read and considered the Rule 26(f) Joint Scheduling Conference Report filed in this action. The Court orders as follows:

1. Apple may notice those motions that were pending in the Northern District for hearing on January 13, 2014, at 9:30 a.m.

2. No later than January 6, 2014, the parties may file supplemental memoranda addressing the effect of this Court's November 1, 2013 order in Missaghi v. Apple, Inc., CV 13-2003-GAF on the motions filed in the Northern District.

3. The Scheduling Conference in this case is continued to January 13, 2014, at 1:30 p.m. The Court will conduct the scheduling conference in this case and in the Missaghi action at the same time on that date.

**IT IS SO ORDERED.**