COPY

1  Roy A. Katriel (265463)
2  **THE KATRIEL LAW FIRM**
   4225 Executive Square, Suite 600
3  La Jolla, CA 92037
   Tel:  (858) 242-5642
4  Fax:  (858) 430-3719
5  E/m:  rak@katriellaw.com

6

7  *Counsel for Plaintiff*

8

FILED
2014 FEB -7 PM 2: 59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ____

9
10                    IN THE UNITED STATES DISTRICT COURT
11                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
12                        WESTERN DIVISION—LOS ANGELES

13

| | |
|---|---|
| **DEBRA HILTON** on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>       v.<br><br>**APPLE INC.**<br>              Defendant. | NO. 2:13-CV-7674-GAF-AGW<br><br><u>CLASS ACTION</u><br><br><u>FIRST AMENDED CLASS ACTION COMPLAINT</u><br><br><u>DEMAND FOR JURY TRIAL</u><br><br>Judge: Hon. Gary A. Feess<br>Trial Date: N/A |

Plaintiff Debra Hilton, by her counsel, brings this First Amended Class Action Complaint against Defendant Apple Inc. (formerly known as Apple Computer, Inc.), on behalf of herself and of all others similarly situated, and alleges as follows based upon information and belief and the investigation of her counsel:

## INTRODUCTION

1. Plaintiff Debra Hilton ("Plaintiff") brings this this action on behalf of herself and a class of similarly situated Florida purchasers of Apple iPhone 4 devices.

2. Plaintiff is the owner of an iPhone 4. Due to an undisclosed latent defect, the power button on her iPhone 4 failed, thereby preventing Ms. Hilton from being able to restart her phone or toggle it on and off, which essentially rendered it useless.

3. Thousands of iPhone 4 users have suffered a similar fate. Customers, like Ms. Hilton, whose phones fail outside Apple's one year limited warranty period are forced to scuttle their phones or pay Apple $149.99 plus shipping for a replacement. Moreover, because users of an iPhone 4 typically had to sign up for a wireless service contract of 2-years' duration, and the defect typically manifests itself within these 2 years, users like Plaintiff are unable to use their iPhone 4 for the whole duration of their service contract term.

4. Whether as a result of planned obsolescence or use of inferior components, the iPhone 4 power button suffers from a defect that results in failure far before the end of the phone's useful life. This causes the iPhone 4 to have a diminished value relative to the value that Plaintiff and the putative class members paid (and relative to the value the phone would otherwise have absent the defect or had the defect been disclosed) when they were sold the iPhone 4 without any disclosure that the phone's power button was defective and prone to fail prior to the expiration of the phone's lifetime or duration of the two-year contract for wireless service for the iPhone 4.

5. Plaintiff, a Florida resident and purchaser of the iPhone 4, alleges that the conduct by Apple, a California corporation headquartered in California, violates the

unlawful prong of California's Business and Professions Code section 17200, *et. seq.* (the "UCL") because, *inter alia*, Apple's conduct violates the Florida Unfair and Deceptive Trade Practices Act ("FUDTPA").

6. Plaintiff seeks restitution allowed under the UCL for, *inter alia*, the diminished value of the iPhone 4 as a result of the undisclosed defect; that is, the amount purchasers overpaid for the phone as a result of not having the subject defect disclosed to them at the time of their purchase. Plaintiff also seeks injunctive and declaratory relief based upon Apple's conduct asserted in this Complaint.

## PARTIES

7. Plaintiff Debra Hilton is currently a resident and citizen of Florida, and was a resident and citizen of Florida when she purchased her iPhone 4.

8. Defendant Apple Inc. ("Apple" or "Defendant") is a corporation organized under the laws of the State of California with its principal place of business at 1 Infinite Loop in Cupertino, California 95014. Apple designs, manufactures, and sells computers, phones, mp3 players, and an assortment of other personal technology products and related software, services, and peripherals. Of particular significance to this Complaint, Apple designs, develops, and markets a line of smartphone cellular telephones called iPhones. The iPhone 4, the model that is the subject of this Complaint, was released in the summer of 2010.

## JURISDICTION AND VENUE

9. Jurisdiction of this Court is proper under 28 U.S.C. §1332(d), as complete diversity between the parties exists. Representative Plaintiff Debra Hilton is presently, and was, a citizen of Florida at the time she purchased the iPhone 4 at issue in this litigation. Defendant is a California corporation with its principle place of business in California, and thus is a citizen of California.

10. Upon information and belief, the amount in controversy exceeds $5,000,000 for the named Plaintiff and Class members collectively, exclusive of interest and costs, by virtue of the combined purchase prices paid by Plaintiff and the

Class, the profit reaped by Defendant from its transactions with Plaintiff and the Class, and the amount of restitution due to Plaintiff and the Class members, as a direct and proximate result of the wrongful conduct alleged herein, and by virtue of the injunctive and equitable relief sought.

11. Venue is proper within this judicial district pursuant to 28 U.S.C. § 1391(b) and (c). Defendant maintains offices and has agents, transacts business or is found within this judicial district. Moreover, a substantial portion of the underlying transactions and events complained of herein occurred in this judicial district. Defendant inhabits and/or may be found in this judicial district, and the interstate trade and commerce described herein is and has been carried out in part within this judicial district.

## STATEMENT OF FACTS

12. Apple is a multi-billion dollar publically traded company that, among other things, designs, develops, markets and sells a line of smartphones called the iPhone. It sold the iPhone 4 and set its pricing, such that the money that Plaintiff and the putative class members paid for their iPhone 4 was a benefit conveyed by Plaintiff and the putative class members to Apple.

13. Since its inception in 2007, Apple has sold hundreds of millions of iPhone units at prices that generally range from $199.00 to $650.00. Indeed, the iPhone is one of the most popular smartphones in the world and has made Apple billions of dollars in sales revenue. In the fourth quarter of 2012 alone, Apple sold nearly 50 million iPhone units.

14. Despite touting the iPhone as an innovative technological marvel, the iPhone 4 suffers from a latent defect in a relatively simple component part. Upon information and belief, each iPhone 4 contains a flex cable that connects the power button to the phone. Premature deterioration of the flex cable causes the power button

to become harder and harder to depress until eventually it becomes entirely unresponsive, requiring costly repair.

15. The premature failure of the power button that has plagued the iPhone 4 is more than an inconvenience. As the method by which the phone is toggled on and off, the failure of the button precludes general use of the phone and thereby effectively prevents iPhone 4 owners from being able to use the phone for the purpose for which it was intended. This, of course, means that the iPhone 4 has a diminished value directly as a result of this undisclosed latent defect because users are unable to use the iPhone 4 as it was intended, and because they are subject to 2-year service contracts for the iPhone 4 even though the defective phone is rendered inoperable, or is significantly likely to be rendered inoperable, during this 2-year period of time.

16. Apple only warrants the iPhone against defects in materials and workmanship for a period of one year.

> Apple Inc. ("Apple") warrants this Apple-branded hardware product against defects in materials and workmanship under normal use for a period of ONE (1) YEAR from the date of retail purchase by the original end-user purchaser ("Warranty Period"). If a hardware defect arises and a valid claim is received within the Warranty Period, at its option and to the extent permitted by law, Apple will either (1) repair the hardware defect at no charge, using new or refurbished replacement parts, (2) exchange the product with a product that is new or which has been manufactured from new or serviceable used parts and is at least functionally equivalent to the original product, or (3) refund the purchase price of the product.

17. Apple routinely denies that any defect with the power button, flex cable, or any of its associated component parts exists and has therefore refused to repair the Plaintiff's and Class members' iPhones that are older than 12 months.

18. Thousands of consumers have been affected by this defect. Many have called Apple and/or gone directly to Apple retail stores. So frustrated are Apple iPhone consumers that many have taken to posting their complaints on-line. While there are numerous websites that are host to these complaints, perhaps none is more

compelling than the forum sponsored by Apple itself, https://discussions.apple.com/thread/2713539?start=315&tstart=0.

19. Below, are direct quotes from postings made by iPhone users on Apple's own sponsored web forum. On January 8, 2011, user CwissyBwear posted the following:

> Out of the blue today the power/lock button on my iPhone 4 became completely unresponsive. It doesn't seem to be jammed and it actually seems to be loose and a bit wiggly. Now I can't restart my phone and I can't lock it. I was wondering if this was a common problem with other iPhone 4 units and what would be the best way to go about getting it fixed. I got this phone from a friend about a month ago who had only used it for about two months before switching to a different phone. Prior to receiving this phone I had been using an iPhone 3G for two years with no problems whatsoever. This iPhone 4 has not been dropped or exposed to water or humidity of any kind. Thanks in advance!

20. Over the next two years, this post received hundreds of similar responses and complaints with more being added every day. Indeed, as of March 26, 2013, these posts have been viewed over 720,525 times. The thread tells the whole story.

21. CwissyBwear's initial response received overwhelming support and demonstrated that the problem was widespread and spreading faster as the iPhone 4 matured in the market place. For example.

> Elo820 on Jan 10, 2011 stated: Wow! Same here. I was going on vacation and just normally using my iPhone, then I tried pressing my sleep button and it's wiggly. It's really hard to make it go sleep now. I never dropped my phone either. It's weird to know that someone else has the same problem. What do I do?

22. iPhone users appropriately first took their complaints directly to Apple. Those who were fortunate enough to still be under Apple's limited warranty had their phone replaced immediately.

> Hannah12345, Feb 8, 2011 stated: I'm glad to see this problem is actually quite common! my iphone was sent off yesterday to be fixed for this same problem. looks like ill be getting a new handset, YEY!

> bambam4LSU, Dec 17, 2011 stated:  Button stuck, wont power on or off... called Apple Monday night, luckily only 10 months old,, sent it off UPS Tuesday morning, received package from Fedex, Thursday before noon... Letter from AppleCare Service:  After thorough diagnostic testing, it has been determined that a replacement iPhone* (enclosed) is necessary...

23. Those with the same problem, but who were out of warranty, were less fortunate.

> bobs7349, Aug 14, 2011 stated: My iphone 4 is out of warranty since a couple of months. The power button is stuck and not functional at all anymore. It happened out of the blue. I checked with AT&T and in the Apple store. AT&T sends you straight to Apple. The only option I got from a genius was to do a "repair exchange" to a new iphone for $199. Pretty steep price for a button. And I don't understand why a simple button only lasts 14 months. Aren't they famous for their quality? I'm very disappointed.

> w5cdt, Dec 11, 2011 stated: This is a DEFECT.  Users should NOT be paying $149 to rectify a manufacturing defect.  Mine only lasted 15 months, otterboxed, and handled carefully.  APPPLE SHOULD HANDLE THIS FOR ALL USERS...including out of warranty. Many users have had this problem. It's a joke and Apple should make good on it. Not amused.  What a ripoff. :-(

> w5cdt, Jan 9, 2012 stated: If you are "in warranty" they will fix it.  If you are 1 nanosecond out of warranty it will cost you $150.  Lame.

> Mike,  Apr 12, 2012 stated:  I think it's appalling that Apple refuses to fix the defective sleep-wake button on my iPhone 4 unless I pay $150. Unbelievable. It had a shelf life of 14 months? And even though Apple routinely replaces iPhones 4's with this defect when they're  still within warranty (see above), those of us who are just outside the warranty period, we're supposed to accept that the phone functioned properly for barely a year? When will Apple take responsibility for what -- it seems pretty clear -- is an apparent manufacturing defect? And why isn't Apple concerned that telling longtime loyal customers to take a hike in this kind of situation will eventually turn the customers away and put a dent in the company's profits?

24. Even clearer from the posts, the power button seemed to routinely fail just as the one year limited warranty period expired.

> Lamphorn, Aug 19, 2012 stated: Add me to the mix.  Was walking around the bookstore and pulled my 4S out of my pocket and found the

lock button stuck.  Haven't dropped it anytime recently or gotten it wet ever.  At first it would work if I just mashed down on it, but now that won't even do the trick.  I'm sure I'm still under warranty because I got the phone last October, so I'll try to get to an Apple store tomorrow and report the results back here.  Sounds like this is becoming an issue for the phones once they approach a year old.

LoveToCookSF, Aug 20, 2012 stated: EVERYONE:  The fact that the power button on all of our phones keeps breaking is NOT a coincidence. It's called PLANNED OBSOLESCENCE.  They're SUPPOSED to break so that we have to buy replacements.  Apple, Inc. realizes hundreds of millions of dollars in additional revenue each year because of this.  For example, do you REALLY think that a company as innovative and powerful as Apple doesn't have the resources to manufacture an iPhone screen that doesn't crack so easily?   If Apple made a phone that didn't break, we'd never have to replace it and buy a new one, and that would make Apple investors very upset.

AdamyKlein, Dec 28, 2011 asks  My iphone 4 is a couple weeks past its 1 year warranty and it seems fishy that all of these issues seem to be happening just after the 1 year mark. Is apple designing their products to only have a certain life expectancy...

25.   The failure of the power button was, upon information and belief, due to a defective flex cable that prematurely wears and does not work for the reasonably expected lifespan of the product.  As noted by a more technically savvy user:

Elirose, Feb 22, 2012: In the business of repairing iPhones and the iPhone 4 has by far the worst power button and home button.  The power button does exactly what others are complaining about - it becomes difficult to press or totally unresponsive.  The home button also becomes "iffy" and will often take more than one push to work.  I have many customers who have complained about this and it is not the part itself that breaks (for the power button) it is a shifting of the flex cable that causes a lack of contact when the button is pressed.  I have had success on multiple occassions just taking the power button out, adding a small round piece of plastic to the button itself to bridge the gap.  The home button, however, does seem to totally break down.  When this one goes out, I have to replace the home button flex cable.  It's only a $5 part but a $45 repair due to the fact that it requires a complete tear down. I've seen

> 3G and 3GS iphones develop problems with the home and power buttons but not near as quickly and not near as many.   It really does seem like an intentional breakdown.

26. Pleas to Apple by consumers routinely went unanswered. As user TKENNEDY27 wrote on March 26, 2012:

> I too am having this problem and am out of warranty. Since this seems to be a common problem, I encourage you to provide feedback to apple at http://www.apple.com/feedback/. This is the complaint that I filed, and I encourage more of you to do the same.
>
> "To whom it may concern,
>
> I recently had the power/standby/sleep button on my iPhone 4 (Verizon model) become stuck. As I purchased my phone in the initial release of iPhones in February of last year, my warranty is no longer in effect. I am extremely disappointed in how your company has handled the repair, or lack thereof, of this problem. The replacement cost (with a refurbished iPhone) quoted to me by both apple phone support and the apple store was $150. I find it completely absurd that you would be charging this much for me to fix a button that at most costs a couple of dollars.
>
> Furthermore, I find it even more upsetting that I found that I am far from the only one with this problem. I direct your attention to the following thread on the apple support community: https://discussions.apple.com/message/12896386#12896386
>
> You will see that there are 161 replies and well over 100,000 views. This leads me to believe that this is not rare occurrence. Although I realize this is a small percentage of the iPhones that you have sold, it is NOT insignificant.
>
> I urge you to look into this matter soon to avoid more disgruntled customers.

27. Apple has been aware of the power button defect yet refused, and continues to refuse, to do anything about it.

> JosephCooper7 , Mar 8, 2013 stated: I just got off the phone with Apple Care and had a nice little chat with a manager called AL (Case number: #421500023).  Apparently, this is a known issue but their engineering

> department has not deemed this an issue to be a known manufacturing issue. Therefore the only support that apple care can offer is a $199.99 replacement I-phone 4S. While the phone is currently out of contract, I feel that apple would have higher standards for their products and it really bothers me that the "engineering department" won't issue a fix for such a simple part failure!

28. Frustrated users searched for more affordable solutions to save their phones. For example, several users posted you tube videos with possible solutions. See e.g. http://www.youtube.com/watch?v=DRt4Zjbx6n4. Collectively, these videos have been viewed over a million times.

29. The problem has become so pervasive that private companies seeking to sell tools and repair services to frustrated iPhone users posted a step by step guide and how to replace flex cable and power buttons. http://www.ifixit.com/Guide/Installing-iPhone-4-Power-Lock-Button/4332/1. Unfortunately, the 29 step process is rated "difficult" and not only requires technical skills but also an assortment of specialized tools, neither of which the average user would possess.

30. Ultimately, user sentiment was most concisely summarized by 2TheMax on April 4, 2012:

> Apple, though I love your products I will not pay for poor quality products! No matter how innovative or revolutionary they are, your devices are worthless if they are made poorly and break in a short period of time. From all the replies it's evident that a new iPhone with proper care should not have this issue in such a short time. Address this issue Apple or lose one customer.

31. Plaintiff Hilton's experience was no different than other iPhone owners.

32. Ms. Hilton purchased her iPhone 4 on or about October 17, 2011. The phone suffered a terminal power button failure on January 15, 2013, fifteen months after the phone had been purchased, and less than three months after Apple's limited product warranty had expired.

33. On January 17, 2013, Ms. Hilton called Apple customer service to address the issues with the power button on her phone. She initially spoke with a

representative named Jodi, explained her issue and was transferred to Technical Support, who informed her that her phone was out of warranty and that her only option was to purchase a new phone.

34. Dissatisfied with Apple's response, on February 13, 2013, Ms. Hilton once again called Apple Technical Support (ticket# 412626964) to report the power button failure and discuss her options with respect to repair or replacement of the phone. She spoke with a representative named Anthony who presented the following options: (a) take the phone to an AT&T retail store from where it can be sent to Apple for repair or replacement at a cost of $149.99 plus $6.95 in shipping and handling; (b) request a shipping box from Apple in which the product could be returned for repair or replacement at a cost of $149.99 plus $6.95 in shipping and handling; (c) take the phone to the Genius Bar at an Apple retail store where the product could be returned for repair or replacement at a cost of $149.99 plus $6.95 in shipping and handling; (d) call Apple and ask them to send a replacement phone at a cost of $29.00 for overnight delivery fees plus a $500.00 hold on her credit card in addition to the repair or replacement cost of $149.99 plus $6.95 in shipping and handling.

35. Ultimately, the only option Apple provided Ms. Hilton was a replacement phone at the cost of $149.99.

36. Had Ms. Hilton been made aware of this latent defect in the iPhone 4's power button prior to her purchase, she would not have purchased the iPhone 4 and/or would not have paid as much for it as she did. Moreover, as evidenced by the public outcry documented in this Complaint, purchasers at large of the iPhone 4 view the defect as a material one that would have impacted their purchasing decision. After all, no reasonable consumer would purchase a phone that required them to sign a 2-year wireless service contract if they had been made aware that a defect in the phone would likely render it inoperable before the 2 year expiration of the service contract. At the very least, no reasonable consumer would have paid the price they actually paid and

were charged for the phone (when the defect was unknown and undisclosed to them) had the consumer been made aware of the defect.

37. Ms. Hilton now brings this suit on behalf of herself and a class of similarly situated iPhone users.

## CLASS ACTION ALLEGATIONS

38. Plaintiff brings this action on behalf of herself and on behalf of all other members of the Class ("Class"), defined as all consumers who purchased an iPhone 4 in the state of Florida. Plaintiff brings this Class pursuant to Federal Rule of Civil Procedure 23(a), and (b)(1), 23(b)(2) and 23(b)(3). Plaintiff reserves the right to modify this definition of the Class as may be necessary as this litigation proceeds.

39. Excluded from the Class are: Defendant and its employees, principals, affiliated entities, legal representatives, successors and assigns, judges to whom this action is assigned and any members of their immediate families, as well as any federal, state, or local government officials.

40. Upon information and belief, there are at least tens of thousands of Class members who are geographically dispersed throughout the state of Florida and elsewhere (because they purchased their iPhone 4 in Florida but have since relocated to another state). Therefore, individual joinder of all members of the Class would be impracticable.

41. Common questions of law or fact exist as to all members of the Class. These questions predominate over the questions affecting only individual class members. These common legal or factual questions include:

    a. Whether Apple failed to disclose the true quality and defective nature of the iPhone 4;

    b. Whether Apple's conduct was unlawful under California's Unfair Competition Law §17200, et seq.,

    c. Whether the members of the Class have sustained injury and are entitled to restitution as a result of Apple's wrongdoing;

      d.  What is the appropriate measure of restitution;

      e.  Whether the members of the Class are entitled to injunctive and/or declaratory relief.

42. Plaintiff's claims are typical of those of the Class, in that Plaintiff is a consumer who purchased an Apple iPhone 4 in the State of Florida.  Plaintiff, therefore, is no different in any relevant respect from any other Class member, and the relief sought is common to the Class.

43. Plaintiff is an adequate representative of the Class because her interests do not conflict with the interests of the Class members she seeks to represent, and she has retained counsel competent and experienced in conducting complex class action litigation.  Plaintiff and her counsel will adequately protect the interests of the Class.

44. A class action is superior to other available means for the fair and efficient adjudication of this dispute.  The damages suffered by each individual class member likely will be relatively small, especially given the cost of the iPhone 4 and the burden and expense of individual prosecution of the complex litigation necessitated by Apple's conduct.  Thus, it would be virtually impossible for the Class members individually to effectively redress the wrongs done to them.  Moreover, even if the Class members could afford individual actions, it would still not be preferable to class-wide litigation.  Individualized actions present the potential for inconsistent or contradictory judgments.  By contrast, a class action presents far fewer management difficulties and provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

45. In the alternative, the Class may be certified because Apple acted or refused to act on grounds generally applicable to the Class, thereby making appropriate preliminary and final equitable relief with respect to the Class.

# FIRST CAUSE OF ACTION
("Unlawful" Business Practices in Violation of The Unfair Competition Law ("UCL"),
Bus. & Prof. Code §§ 17200, et seq.)

46. Plaintiff hereby incorporates all other paragraphs of this Complaint and restates them as if they were fully written herein.

47. The UCL defines unfair business competition to include any "unlawful, unfair or fraudulent" act or practice. Cal. Bus. & Prof. Code §17200.

48. A business act or practice is "unlawful" if it violates any established state or federal law. As alleged herein, Apple's conduct in manufacturing and selling iPhone4 devices with defective power buttons to Florida consumers, and failing to disclose this defect, is an "unlawful business practice" within the meaning of the UCL because, *inter alia*, it violates Florida's Unfair and Deceptive Practices Act.

49. Section 501.204 of the Florida Unfair and Deceptive Trade Practices Act ("FUDTPA") declares to be unlawful all unfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce.

50. An unfair practice under FUDTPA is one that offends established public policy and one that is immoral, unethical, oppressive, unscrupulous or substantially injurious to consumers,' and 'deception occurs if there is a representation, omission, or practice that is likely to mislead the consumer acting reasonably in the circumstances, to the consumer's detriment. *PNR, Inc. v. Beacon Prop. Mgmt.*, 842 So. 2d 773, 777 (Fla. 2003). The FUDTPA is a broad consumer protection statute that is to be construed liberally to effectuate its purpose. FUDTPA §501.202.

51. The iPhones purchased by Plaintiff and the putative class members contain a defect that results in the failure of the power button which renders the phone unfit for its intended use.

52. Apple's omission and non-disclosure of this material defect amounts to unfair and or deceptive trade practices within the meaning of FUDTPA.

53. As a direct, proximate, and foreseeable result of Apple's unfair and/or deceptive trade practices, Plaintiff and the putative class members have sustained an ascertainable loss, in that their phones are inoperable and/or unusable for the purpose for which they were intended/ otherwise unusable for the purpose. Plaintiff and the class members are thus entitled to have the money they conveyed to Apple restored to them in whole or in part.

54. By committing the acts and practices alleged above, Defendant has engaged, and continues to be engaged, in unlawful business practices within the meaning of California Business and Professions Code §§ 17200, et seq.

55. Through their unlawful acts and practices, Defendant has obtained, and continues to unfairly obtain money from members of the Class. As such, Plaintiff requests that this Court cause Apple to restore this money to Plaintiff and all Class members, to disgorge the profits Apple made on these transactions, and to enjoin Apple from continuing to violate the Unfair Competition Law or violating it in the same fashion in the future as discussed herein. Otherwise, the Class may be irreparably harmed and/or denied an effective and complete remedy if such an order is not granted.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, on behalf of herself and on behalf of the other members of the Class, requests award and relief as follows:

A. An order certifying that this action is properly brought and may be maintained as a class action, that Plaintiff be appointed Class Representative and Plaintiff's counsel be appointed Class Counsel.

B. Restitution in such amount that Plaintiff and all Class members paid or overpaid to purchase iPhone 4 products, or the profits Apple obtained from those transactions.

C. A declaration and order enjoining Apple from selling its products with a defective power button.

D. An order awarding Plaintiff her costs of suit, including reasonable attorneys' fees and pre and post-judgment interest.

E. An order requiring an accounting for, and imposition of a constructive trust upon, all monies received by Apple as a result of the unfair, misleading, fraudulent and unlawful conduct alleged herein.

F. Such other and further relief as may be deemed necessary or appropriate.

Plaintiff demands a jury trial on all issues or counts so triable.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  January 31, 2014 | Respectfully submitted, |
| 3 | | |
| 4 | | /s/ Roy A. Katriel (SBN 265463) |
| 5 | | Roy A. Katriel<br>THE KATRIEL LAW FIRM |
| 6 | | 4225 Executive Square, Suite 600 |
| 7 | | La Jolla, California 92037<br>Telephone: (858) 242-5642 |
| 8 | | Facsimile:   (858) 430-3719 |
| 9 | | e-mail: rak@katriellaw.com |
| 10 | | *Counsel for Plaintiff* |