JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-7674 GAF (AJWx) | Date | May 8, 2014 |
|---|---|---|---|
| Title | Hilton v. Apple Inc. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:** **IN CHAMBERS (No Proceedings Held)**

**ORDER DISMISSING CASE**

On May 10, 2013, Plaintiff Debra Hilton ("Plaintiff") filed this lawsuit against Apple, Inc. (Docket No. 1 [Compl.].) She eventually amended her complaint, alleging that Defendant violated various unfair competition laws when it sold products with hidden defects. (Docket No. 52 [First Am. Compl.] ¶¶ 46–55.)

On April 18, 2014, the Court granted Defendant's motion to dismiss the amended complaint under Federal Rule of Civil Procedure 12(b)(6). (Docket No. 62 [4/18/14 Order] at 9.) The Court allowed Plaintiff the opportunity to amend her complaint by May 2, 2014. (Id.) The Court specifically indicated that Plaintiff's failure to amend by that deadline would be deemed consent to dismissal of the case. (Id.)

To date, Plaintiff has not amended her complaint. This case is therefore **DISMISSED**.

**IT IS SO ORDERED.**